UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

---

Re: Hart, Mark and Diane          Case No. 14-06013
                                  Chapter 13
       Debtor
                                  Filed: Sept. 15, 2014

---

NOTICE OF AMENDED CHAPTER 13 PLAN AND
OPPORTUNITY TO OBJECT TO AMENDED CHAPTER 13 PLAN

---

    Please take notice that the Debtor has filed a Motion Regarding Treatment of IRS and State of Michigan Department of Treasury Claims in their Chapter 13 Plan.

Your rights might be affected.   You should read these papers carefully and discuss them with your attorney.

If you want the court to consider your views on the amendment, then on or before 30 days from the date below, you or your attorney must file with the court a written request for a hearing at:

    Clerk, US Bankruptcy Court
    West. Dist. Of Michigan
    One Division Ave., NW
    Grand Rapids, MI 49503

You must also mail a copy to the interested parties and:

    Granzow Law Offices
    530 S. Capitol Ave
    Lansing, MI 48933

If you do not take these steps, the court may decide that you do not oppose the amended Plan.

    Should a creditor or their attorney not file an objection, the Court may decide they do not oppose the amended Plan and may enter an Order confirming the debtor's Chapter 13 Plan as amended.

Dated:__May 16, 2015_____

/S/_____
Stephen E. Granzow
Attorney for Debtor
530 S. Capitol Ave.
Lansing, MI 48933
517-321-4050